In the Matter of the Application of CLEVELAND WILLIAMS, Petitioner, Appellant, against MARIE SHAVERS and Others, Respondents, for an Order to Review the Action of the Inspectors of the Primary Election of the 25th Election District of the 17th Assembly District, West Side, New York County, in the Conduct of the Election and the Canvassing of the Vote Cast at the Primary Election Held September 19th, 1939, for County Committee, etc. In the Matter of the Application of POPE THYMBLIE, Petitioner, Appellant, against RITA MACPHERSON and Others, Respondents, re 33rd Election District of the 17th Assembly District.— Orders unanimously reversed and motions granted to the extent of directing a re-examination and recanvass of the votes in the 25th, 33rd and 34th election

districts of the seventeenth Assembly district, the re-examination and recanvass to be held before Mr. Justice Church at the same time and place that the re-examination and recanvass of these same districts is held in the proceedings now being conducted in the so-called Schurman-Goldstein contest. No opinion. Settle orders on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.